IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON DANIELS, | : | Civil No. 3:22-cv-1893 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN STEPHEN SPAULDING, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 28th day of December, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.


　　　　　　　　　　　　　　　　　　　s/ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　United States District Judge